**Wilfredo RODRIGUEZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2008–3234.**

United States Court of Appeals, Federal Circuit.

June 24, 2008.

James W. Poirier, Department of Justice, Jo Ann Chabot, Office of Personnel Management, Washington, DC, for Respondent.

Michael A. Steinberg, Michael A. Steinberg & Associates, Tampa, FL, for Petitioner.

ON MOTION

*ORDER*

Wilfredo Rodriguez moves for reconsideration of the court's May 30, 2008, —— Fed.Appx. ——, order dismissing his petition for review for failure to file a Fed. Cir.

R. 15(c) Statement Concerning Discrimination.

Petitioner has now submitted a Rule 15(c) statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's May 30, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before August 26, 2008.